RAE



DEFENDANT: ANTHONY J. RUSSO
CASE NUMBER: 1:04-CR-128-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **97 months**. This sentence consists of a term of **37 months** on Count One and **60 months** on Count Three, to be served **consecutively**.

[✓] The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at ___ [] a.m. [] p.m. on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

FILED
2005 AUG -8 A 11:02
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY____DEPT. CLERK

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on 7/28/05 to USP McCreary
at Pine Knot, Ky, with a certified copy of this judgment.

UNITED STATES MARSHAL

By ______
DEPUTY UNITED STATES MARSHAL